IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EDMOND DORIAND,

    Plaintiff,

v.                                    CASE NO. 1:09-cv-00078-MP-AK

CENTOCOR INC, JOHNSON & JOHNSON,

    Defendants.

_____/

**O R D E R**

    This matter is before the Court on Doc. 3, Motion to Dismiss the original complaint in this case, and Doc. 7, Consent Motion for Extension of Time to File Response to First Amended Complaint by Centocor Inc, Johnson & Johnson. The motion to dismiss at Doc. 3 is mooted by the Amended Complaint and should be terminated by the Clerk. The Motion to Extend Time at Doc. 7 is granted, nunc pro tunc to July 7, 2009.

    **DONE AND ORDERED** this _8th_ day of July, 2009

                                  *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge