IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EDMOND DORIAND, as Personal
Representative of the Estate of
KATHLEEN DORIAND, deceased,

    Plaintiff,

v.                                          CASE NO. 1:09-cv-00078 MP AK

CENTOCOR, INC. and
JOHNSON & JOHNSON

    Defendants.
_____

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    Pursuant to FED. R. CIV. P. 41(a)(1)(ii), Plaintiff Edmond Doriand and Defendants Centocor, Inc. and Johnson & Johnson, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice, each party to bear its/his own costs and fees. The parties request that the Clerk of Court now close this case.

Respectively submitted this 12th day of March, 2010.

/s/ R. Jason Richards
R. Jason Richards, Esq.
Bar No.:  0018207
Neil D. Overholtz, Esq.
Bar No.: 0188761 (FL)
*Aylstock, Witkin,*
*Kreis & Overholtz, PLLC*
803 North Palafox Street
Pensacola, FL  32501
Phone: (850) 916-7450
Facsimile: (850) 916-7449
noverholtz@awkolaw.com
jrichards@awkolaw.com
Attorneys for Plaintiff

/s/ Edward W. Gerecke
Edward W. Gerecke
Bar No.: 328332
David J. Walz
Bar No.: 697273
*Carlton Fields, P.A.*
4221 West Boy Scout Blvd., Suite 1000
Tampa, Florida 33607-5780
Phone: (813) 223-7000
Facsimile: (813) 229-4133
egerecke@carltonfields.com
Attorneys for Centocor, Inc. and Johnson and Johnson

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2010, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to all parties of record.

                */s/* R. Jason Richards
                  R. Jason Richards, Esq.